UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. POWERS,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T, et al.,<br><br>    Defendants. | Case No. 15-cv-01024-JSC<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

The parties appeared for oral argument on Defendants' motion to dismiss on December 3, 2015. At the hearing, and upon Court inquiry, Plaintiff Richard B. Powers ("Plaintiff") expressed a need for counsel to assist him in this matter. Good and just cause appearing, it is ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward the Referral Order to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division. The scope of this referral shall be for the <u>limited purpose</u> of representing the litigant in the course of a settlement conference.

2. Upon being notified by the Project that an attorney has been located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. The Court will maintain the schedule set forth in its Order granting Defendants' motion to dismiss; however, should newly-appointed Plaintiff's counsel need more time for the settlement conference, the parties shall meet and confer to stipulate to a new deadline for the settlement conference and a new case management conference date.

**IT IS SO ORDERED.**

Dated:  December 7, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge