UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. POWERS,<br><br>        Plaintiff,<br><br>   v.<br><br>AT&T, et al.,<br><br>        Defendants. | Case No. 15-cv-01024-JSC<br><br>**ORDER APPOINTING COUNSEL** |

Because Plaintiff Richard B. Powers ("Plaintiff") expressed a need for counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Howard Golds and Benjamin Lee of Best Best & Krieger are appointed as counsel for Plaintiff in this matter. The Clerk shall amend the docket to reflect their contact information as follows: Howard Golds, Best Best & Krieger, 3390 University Ave, 5th Floor, Riverside, CA 92501, and Benjamin Lee, Best Best & Krieger, 2001 North Main Street #390, Walnut Creek, CA 94596.

The scope of this referral shall be for the limited purpose of representing the litigant in the course of a settlement conference. The Court will maintain the schedule set forth in its Order granting Defendants' motion to dismiss; however, should newly-appointed Plaintiff's counsel need more time for the settlement conference, the parties shall meet and confer to stipulate to a new deadline for the settlement conference and a new case management conference date.

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: December 22, 2015

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge